# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALI KOURANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cv-1721-JPG |
| | ) |
| DAN SPROUL, E. HARBISON, R. PASS individually, DAN SPROUL as the current warden in his official capacity, and UNITED STATES OF AMERICA, | ) ) ) ) |
| | |
| Defendants. | |

## JUDGMENT

This matter having come before the Court and the Court rendered a decision;

**IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Defendants, Dan Sproul and Dr. R. Pass, and against the Plaintiff, Ali Kourani.

**DATED: April 4, 2025**

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray,*
      Deputy Clerk


**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE